ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE THOMAS, etc. et. al., <br><br>Plaintiffs, <br><br>vs. <br><br>VIAD CORP.; GENERAL ELECTRIC COMPANY; and DOES 1-300, <br><br>Defendants. | No. 05-4348 JSW <br><br> JOINT MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME; [~~PROPOSED~~] ORDER |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed October 25, 2005 (Document 2), for the following good cause:

On November 29, 2005 Defendant GENERAL ELECTRIC COMPANY filed Document 27, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

To date, the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") has not entered a *Conditional Transfer Order* pursuant to MDL Panel Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to MDL Panel Rule 13(b).

1   It is likely the case management deadlines set by this Court will come to pass before the
2   Clerk of the MDL Panel acts.
3   Due to the pending action by the Clerk of the MDL Panel, and the time needed by the
4   panel to consider the notices of Defendants, the following parties hereby STIPULATE to and
5   respectfully request that the dates set forth in the *Order Setting Initial Case Management*
6   *Conference* filed October 25, 2005 (Document 2), including the Case Management Conference
7   currently set for January 27, 2006, be continued pending the outcome of the MDL Panel's
8   decision on the merits of the transfer.

9   Dated: December 12, 2005                    BRAYTON❖PURCELL LLP

10                                              /s/ *David R. Donadio*

11                                              By: _____
                                                David R. Donadio
12                                              Attorneys for Plaintiffs

13  Dated: December 13, 2005                    SEDGWICK, DETERT, MORAN &
                                                ARNOLD, LLP
14
                                                /s/ *Damon McClain*
15
                                                By: _____
16                                              Damon McClain
                                                Attorneys for Defendant
17                                              GENERAL ELECTRIC COMPANY

18

19  Dated: December 12, 2005                    CHARTER DAVIS, LLP

20                                              /s/ *Jeffery J.A. Hinrichsen*

21                                              By: _____
                                                Jeffery J.A. Hinrichsen
22                                              Attorneys for Defendant
                                                VIAD CORP
23  //
24  //
25  //
26  //
27  //
28  //

K:\Injured\104815\stip cont (FED8 Thomas Edwards).wpd      2
MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – 05-4348 JSW

1                     [PROPOSED]    **ORDER**

2         IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order*

3 *Setting Initial Case Management Conference* filed October 25, 2005 (Document 2) are hereby

4 VACATED.

5         IT IS FURTHER ORDERED that the Case Management Conference is continued a date

6 on or after May 1, 2006 to wit: __May 5,__ 2006 at 1:30 p.m., Courtroom 2, 17th Floor,

7 450 Golden Gate Avenue, San Francisco, California.

8         IT IS SO ORDERED.

9 Dated: __December 22, 2005__

10                                                 _/s/ Jeffrey S. White_

11                                                 Jeffrey S. White
                                                 United States District Court Judge

27 *Joanne Thomas etc. et. al. vs. Viad Corp. et al:* 05-4348 JSW